IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE DARDEN,<br><br>             Plaintiff,<br><br>vs.<br><br>DR. SINGH, et al.,<br><br>             Defendants.<br>_____/ | CASE No.   1:12-cv-01104-AWI-MJS (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 12) |

    Plaintiff Geraldine Darden, a state prisoner proceeding pro se filed this civil rights action on July 9, 2012 pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On July 12, 2012, the Court issued its order granting Plaintiff's July 9, 2012 application to proceed in forma pauperis ("IFP"). (ECF Nos. 2, 5.) On August 27, 2012, Plaintiff filed an application to proceed in forma pauperis (ECF No. 12), which is now before the Court.

///////

///////

-1-

Plaintiff previously applied for and was granted IFP status. (ECF Nos. 2, 5.) Accordingly, Plaintiff's August 27, 2012 application to proceed IFP (ECF No. 12) is moot and is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   September 11, 2012        /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE